UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-012-FVS |
| Plaintiff, | |
| v. | ORDER GRANTING SECOND MOTION TO MODIFY CONDITIONS OF RELEASE |
| RANDALL KEITH ROGERS, | |
| Defendant. | |

At the July 18, 2008, hearing on Defendant's Second Motion to Modify (Ct. Rec. 75), Defendant appeared with Assistant Federal Defender Steve Hormel. Assistant U.S. Attorney Aine Ahmed represented the United States.

Defendant's unopposed Motion to Modify **(Ct. Rec. 75)** is **GRANTED.** The Order Setting Conditions of Release filed April 17. 2008, (Ct. Rec. 19) is **MODIFIED** to the extent that Defendant shall no longer be subject to electronic monitoring; however, Defendant shall have a curfew of **8:00 p.m. to 7:00 a.m. (the curfew will not apply to medical appointments, the birth of Defendant's child, his sister's wedding, or other matters as deemed necessary by Pretrial Services).**

All other conditions in this court's prior Order remain in effect.

**IT IS SO ORDERED.**

DATED July 18, 2008.

                            S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING SECOND MOTION TO MODIFY CONDITIONS OF RELEASE - 1