PROB 12C
(7/93)

Report Date: January 18, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JAN 18 2013
SEAN F. McAVOY, CLERK
DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randall Keith Rogers    Case Number: 2:08CR00012-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 3/4/2009

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 27 Months; TSR - 36 Months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Aine Ahmed    Date Supervision Commenced: 6/8/2010

Defense Attorney: Federal Defenders Office    Date Supervision Expires: 6/7/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Standard Condition # 3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | Supporting Evidence: On January 18, 2013, the undersigned officer contacted Mr. Rogers at his parents' home at 11:30 a.m. He was directed to report to the U.S. Probation Office by 1:00 p.m. Mr. Rogers failed to report as directed. |
| 2 | Standard Condition # 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | Special Condition # 18: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Supporting Evidence: On January 16, 2013, Mr. Rogers submitted a urinalysis that yielded presumptive positive findings for methamphetamine.

3 Special Condition # 17: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

Supporting Evidence: Randall Rogers failed to attend substance abuse counseling sessions as scheduled at Adept in Spokane, Washington, on December 24 and 31, 2012, and January 3, 7, 8, and 10, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 18, 2013

s/ Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

January 18, 2013
Date